1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND D. JACKSON, SR.,                    No.  2:15-cv-0573 GEB AC P

12                    Petitioner,

13          v.                                   ORDER

14   ROBERT FOX, Warden,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

19          Review of the petition demonstrates that it is incomplete.  Referenced exhibits are not

20   provided.  For example, the petition references a typewritten petition "attached hereto," that is not

21   attached.  See ECF No. 1 at 5.  The petition also fails to specify the asserted grounds for relief, as

22   required by Rule 2(c), Rules Governing § 2254 Cases.  The petition states that this action "does

23   not concern my criminal conviction."  Id. at 1.  While the petition identifies a criminal charge

24   referred to the Solano County Superior Court, it states that the charge was "ultimately

25   discharged."  Id. at 4.  In the absence of cognizable grounds for relief, the petition must be

26   dismissed.  However, petitioner will be granted leave to file an amended petition for writ of

27   habeas corpus.

28   ////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's original petition for writ of habeas corpus, ECF No. 1, is dismissed with leave to amend.

2. Within 30 days after the filing date of this order, petitioner shall file an amended petition for writ of habeas corpus that conforms to the requirements of Rule 2(c), Rules Governing § 2254 Cases.

3. The Clerk of Court is directed to send petitioner, together with a copy of this order, the following:  (a) a form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254; and (b) a copy of petitioner's endorsed original petition filed March 13, 2015 (ECF No. 1).

4. Failure of petitioner to timely file an amended petition for writ of habeas corpus will result in a recommendation that his action be dismissed without prejudice.

DATED: May 4, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2