UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, SR., | No. 2:15-cv-0573 GEB AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERT FOX, Warden, | |
| Respondent. | |

By order filed September 25, 2015, this court directed petitioner to show cause why his amended habeas petition should not be dismissed for lack of subject matter jurisdiction under Nettles v. Grounds, 788 F.3d 992 (9th Cir. 2015). See ECF No. 13. The court directed petitioner to include an explanation of his standing concerning parole. Id. at 2. Petitioner filed a timely response wherein he stated, in part, that he was recently scheduled for a parole suitability hearing, to be held December 10, 2015, based on petitioner's status as an elderly and/or medically infirm prisoner. See ECF No. 14 at 7 (footnote); see also id. at 14-7. The outcome of this hearing is relevant to the merits of petitioner's habeas petition.

////
////
////
////

1

1  Accordingly, IT IS HEREBY ORDERED that, within two weeks (14 days) after service
2  of this order, petitioner shall file a statement informing the court of the outcome of his December
3  10, 2015, parole suitability hearing.
4  DATED: December 9, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE