| | |
|---|---|
| RAYMOND D. JACKSON, SR., | No. 2:15-cv-0573 TLN AC P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ROBERT FOX, Warden, | |
| Respondent. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In another of petitioner's cases currently pending in this court, defendants filed a statement noting the recent death of petitioner Raymond D. Jackson, Sr. See Jackson v. Bick et al., Case No. 2:15-cv-02066 WBS DB P, ECF No. 61. Petitioner's death renders this habeas corpus action moot. See Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003); accord, Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005).

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed as moot.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party (or their legal representative) may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to

appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE